IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Byrd, Marcia

Printed: 4/8/08

Case Number: 05 B 60260
Judge: Hollis, Pamela S
Filed: 10/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,837.57 |  |
| Secured: |  | 9,118.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,105.20 |
| Trustee Fee: |  | 613.39 |
| Other Funds: |  | 0.00 |
| Totals: | 11,837.57 | 11,837.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,105.20 | 2,105.20 |
| 2. | Drive Financial Services | Secured | 25,809.25 | 9,118.98 |
| 3. | Nicor Gas | Unsecured | 65.72 | 0.00 |
| 4. | Drive Financial Services | Unsecured | 101.68 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 52.05 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 110.85 | 0.00 |
| 7. | Capital One | Unsecured | 48.06 | 0.00 |
| 8. | Illinois Bell Telephone | Unsecured | 75.35 | 0.00 |
| 9. | Davis Apartments | Unsecured | 380.00 | 0.00 |
| 10. | Ace | Unsecured | | No Claim Filed |
| 11. | Advance Til Payday | Unsecured | | No Claim Filed |
| 12. | Craig, Angie | Unsecured | | No Claim Filed |
| 13. | Check N Go | Unsecured | | No Claim Filed |
| 14. | Check N Go | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Guaranty Bank | Unsecured | | No Claim Filed |
| 18. | CBCS | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Financial Choice | Unsecured | | No Claim Filed |
| 22. | Risk Management Alternatives | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,748.16 | $ 11,224.18 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Byrd, Marcia | Case Number: 05 B 60260 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 10/15/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 202.13 |
| 5% | 92.24 |
| 4.8% | 177.12 |
| 5.4% | 141.90 |
| | _____ |
| | $ 613.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

